UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOCELYN WEEKS,

                Plaintiff,                           22 **CIVIL** 5595 (BCM)

      -v-                                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 20, 2022, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, to include an opportunity for a new hearing and to issue a new decision. IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between the attorneys for plaintiff and defendant that upon remand, the administrative law judge will not disturb the portion of the decision finding that plaintiff was disabled beginning October 1, 2019.

**Dated:**  New York, New York
          October 20, 2022

                                                     **RUBY J. KRAJICK**

                                                             Clerk of Court
                          **BY:**

                                                              Deputy Clerk